IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 17-62120 |
| JASON E. ANTHONY | CHAPTER 13 CONVERTED TO CHAPTER 7 |
| Debtor. | CHIEF JUDGE RUSS KENDIG |

**APPLICATION FOR COMPENSATION
FOR ATTORNEY FEES AND EXPENSES**

I, Kenneth L. Sheppard, Jr., Attorney for Debtor, hereby applies to this Court for an allowance of attorney fees and expenses in my capacity for the above referenced Debtor. This request for attorney fees and expenses is made pursuant to Administrative Order No. 17-07, FRBP Rule 2016, and the Guidelines for Compensation and Expense Reimbursement of Professionals.

1. Debtor filed his Chapter 13 case on September 25, 2017.
2. Debtor filed a Rights and Responsibilities of Chapter 13 Debtors and their Attorneys on September 25, 2017 (Docket No. 6).
3. Debtor filed a Confirmation Review Summary on September 25, 2017 (Docket No. 8) with Attorney fees to be paid pursuant to the Administrative Order No. 17-07, which specifically addresses payment of attorney fees under a "No-look" basis. Attorney fees for this case were approved in the amount $3,600.00.
4. Debtor and Attorney have complied with the requirements set forth by Administrative Order No. 17-07.
5. On November 1, 2018, Attorney filed an Application for Compensation for Additional Attorney Fees and Expenses ("First Application") (Docket No. 56), which was subsequently granted by the Court in the amount of $535.55 (Docket No. 58).
6. Total Attorney fees and expenses in this case are $4,135.55, of which Attorney has been paid $600.00 by the Debtor prior to filing and $2,700.00 was paid from Debtor's Plan payments. Thus $835.55 remains to be paid to Attorney ($4,135.55 - $600.00 - $2,700.00 = $835.55).
7. Debtor filed a Notice of Conversion from Chapter 13 to Chapter 7 on February 28, 2019, (Docket No. 61).
8. Attorney for Debtor requests the case termination fee in the amount of $600.00 pursuant to Administrative Order No. 17-07 Paragraph (3)(C)(II).
9. Attorney further requests the remaining $235.55 granted to him in the First Application.

Therefore, Attorney for Debtor requests compensation in the amount of $835.55 for attorney fees and expenses.

Respectfully submitted,

/s/ Kenneth L. Sheppard, Jr.
Kenneth L. Sheppard, Jr. (0075887)
Sheppard Law Offices, Co., L.P.A.
4450 Belden Village St. NW, Suite 200
Canton, OH 44718
Phone: (330) 409-2876
Fax: (330) 493-9636
E-Mail: ken@sheppardlawoffices.com
Attorney for Debtor

## NOTICE OF APPLICATION FOR COMPENSATION FOR ATTORNEY FEES AND EXPENSES

Kenneth L. Sheppard Jr., Counsel for Debtor, has filed papers with the court requesting compensation for attorney fees and expenses in this case ("Application").

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to authorize this Application, or if you want the court to consider your views on the Application, then on or before **March 29, 2019,** you or your attorney must:

File with the court a written request for a hearing at:

Clerk of Courts
U. S. Bankruptcy Court
Ralph Regula Federal Building and U.S. Courthouse
401 McKinley Ave SW
Canton, OH 44702-1745

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also send a copy to:

Kenneth L. Sheppard Jr., Esq.
Sheppard Law Offices Co., LPA
4450 Belden Village St. NW Suite 200
Canton, OH 44718

Attend the hearing scheduled to be held on **April 8, 2019, at 3:00 p.m**. in the Courtroom of the U.S. Bankruptcy Court, Ralph Regula Federal Building and U.S. Courthouse, 401 McKinley Ave. SW, Canton, OH 44702. If you or your attorney do not take these steps, the court may decide that you do not oppose relief sought in the Application and may enter an order granting that relief.

Date:   March 7, 2019                    /s/ Kenneth L. Sheppard Jr.
Kenneth L. Sheppard Jr. (0075887)
Attorney for Debtors
4450 Belden Village St. NW Ste. 200
Canton, OH 44718
Phone: (330) 409-2876

# CERTIFICATE OF SERVICE

I, Kenneth L. Sheppard Jr., Attorney for Debtor, hereby certifies that the foregoing Application for Compensation for Attorney Fees and Expenses and Notice were electronically transmitted on or about March 7, 2019, via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice List:

| | |
|---|---|
| Dynele L Schinker-Kuharich | DLSK@Chapter13Canton.com, dschinkerkuharich@ecf.epiqsystems.com |
| Kenneth L. Sheppard | ken@sheppardlawoffices.com, karen@sheppardlawoffices.com; r48355@notify.bestcase.com; jennifer@sheppardlawoffices.com |
| Anne Piero Silagy | asilagycourt@neo.rr.com, asilagy@ecf.epiqsystems.com |
| United States Trustee | (Registered address)@usdoj.gov |
| Joshua Ryan Vaughan | jvaughan@amer-collect.com, SAllman@AMER-COLLECT.COM; rschroeter@amer-collect.com; HouliECF@aol.com |

And served by regular U.S. mail to the following parties:

| | |
|---|---|
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541 | Jason A. Anthony<br>2406 Harrisburg Rd. NE<br>Canton, OH 44705 |

/s/ Kenneth L. Sheppard Jr.
Kenneth L. Sheppard Jr. (0075887)
Attorney for Debtor